# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:18-cv-01734-MSK-KLM

NICHOLAS RANDALL, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

CAMRON LENTE, FRANK CLARK, LUKE WOOTEN and NEXT GENERATION CONSTRUCTION & ENVIRONMENTAL, LLC,

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Nicholas Randall, on behalf of himself and all similarly situated persons, and Defendants Camron Lente, Luke Wooten, and Next Generation Construction & Environmental, LLC (collectively, the "Parties"), through their respective counsel, hereby stipulate and jointly move to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), pre-certification without preclusive effect as to putative class/collective members other than Plaintiff. Each party is to bear its own attorneys' fees and costs and related expenses.

Respectfully submitted this 21st day of March, 2019.

| | |
|---|---|
| */s/ Brian D. Gonzales* | */s/ Anna M. Reinert* |
| Brian D. Gonzales | John D. Keen |
| The Law Offices of Brian D. Gonzales, PLLC | Anna M. Reinert |
| 2580 East Harmony Road, Suite 201 | Gordon Rees Scully Mansukhani, LLP |
| Fort Collins, CO 80528 | 555 Seventeenth Street, Suite 3400 |
| Telephone: (970) 214-0562 | Denver, Colorado 80202 |
| bgonzales@coloradowagelaw.com | Telephone: (303) 534-5160 |
| | jkeen@grsm.com |
| | areinert@grsm.com |

*/s/ J. Forester*_____  
J. Forester  
Forester Haynie PLLC  
1701 N. Market Street, Suite 210  
Dallas, TX 75202  
Telephone: 214.288.8519  
Email: jay@foresterhaynie.com  

*Attorney for Plaintiff*

*Attorneys for Defendants*  
*Camron Lente, Luke Wooten, and Next*  
*Generation Construction & Environmental,*  
*LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of March, 2019, a true copy of the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below:

Brian D. Gonzales
The Law Offices of Brian D. Gonzales, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO 80528
Telephone: 970.214.0562
Email: bgonzales@coloradowagelaw.com

J. Forester
Forester Haynie PLLC
1701 N. Market Street, Suite 210
Dallas, TX 75202
Telephone: 214.288.8519
Email: jay@foresterhaynie.com

*Attorneys for Plaintiff*

                                                        */s/ Kelly M. Trease*
                                                        For Gordon Reese Scully Mansukhani, LLP